**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6555**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DENNIS WILLIAMS, a/k/a Dennis Leonard, a/k/a
Nushwill St. Albans Williams, a/k/a George
Washington Barker, a/k/a Devon,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge;
John R. Hargrove, Senior District Judge. (CR-89-104-HAR, CA-96-
2035-HAR)

_____

Submitted: August 10, 2000          Decided: August 25, 2000

_____

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Dennis Williams, Appellant Pro Se. Richard Charles Kay, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dennis Williams appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Williams</u>, Nos. CR-89-104-HAR; CA-96-2035-HAR (D. Md. Mar. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>